BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MIKAELA WYNNE GILBERT-LURIE (Cal. Bar No. 337339)
Assistant United States Attorney
General Crimes Section

    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:   mikaela.gilbert-lurie@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>**See Attachment A**,<br><br>        Defendant. | No. **See Attachment A**<br><br>NOTICE OF DEPARTURE FROM THE<br>UNITED STATES ATTORNEY'S OFFICE;<br>ATTACHMENT A |

Plaintiff, United States of America, hereby advises the court that **MIKAELA WYNNE GILBERT-LURIE** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: September 2, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


  /s/ Mikaela Wynne Gilbert-Lurie
MIKAELA WYNNE GILBERT-LURIE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT  A

2-25-cr-30-1
2-25-cr-77-1
2-21-cr-396-1
2-25-cr-110-1
2-25-cr-110-2
2-23-cr-368-1
2-25-cr-44-1
2-25-mj-765-1
2-25-cr-163-1
2-24-cr-749-1
2-25-cr-178-1
2-24-cr-569-2
2-24-cr-569-1
2-24-cr-569-3
2-25-cr-208-1
2-25-cr-214-1
2-24-cr-538-1
2-25-cr-239-1
2-21-cr-274-1
2-19-cr-246-2
8-25-cr-57-1
2-25-cr-289-1
2-12-cr-1201-1
2-18-cr-611-1
2-25-cr-289
2-25-cr-325-1
2-23-cr-187-1
2-25-cr-342-1
2-25-mj-846-1
2-25-cr-28-1
2-25-cr-343-1
2-25-mj-3032
2-25-mj-3032-1
2-25-cr-371-1
8-25-cr-57
2-19-cr-246
2-25-mj-1233-1
2-25-mj-3375
2-25-mj-3376
2-25-mj-3375-1
2-25-mj-3376-1
2-25-cr-383-1
2-25-mj-3157-1
2-25-cr-352-1
2-25-cr-408-1
2-25-cr-437-1
2-25-cr-465-1
2-25-mj-3522-1
2-25-cr-225
2-24-cr-287-1
2-25-cr-28
2-25-cr-225-1
2-09-cr-445-40
5-24-cr-103-1
2-24-cr-541-1

```
2-24-cr-541-3
2-25-cr-505-1
2-25-cr-30
2-09-cr-445-40
```