UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 25-00110-MRA-1 | Date | May 28, 2026 |
|---|---|---|---|

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | Analia Sarno-Riggle (Spanish) |
|---|---|

| Melissa H. Kunig | CourtSmart | Kevin Fu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carolina Rojas | X | X | | 1) Drew Havens (DFPD) | X | X | |

**PROCEEDINGS:    SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

0     :     50

Initials of Deputy Clerk   mku

cc: