UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

CAROLINA ROJAS,

       Defendant.

Case No. 2:25-CR-110-MRA-1

MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT CAROLINA ROJAS [100]

Pursuant to the application of Plaintiff UNITED STATES OF AMERICA ("government") for entry of a money judgment of forfeiture against defendant CAROLINA ROJAS ("defendant") in the amount of $129,668.00, Federal Rule of Criminal Procedure 32.2, and the guilty plea of defendant to Count 2 of the Indictment, the Court ORDERS AS FOLLOWS:

1.    Defendant CAROLINA ROJAS shall forfeit the amount of $129,668.00 to plaintiff UNITED STATES OF AMERICA, which amount the Court finds constitutes property a sum of money equal to the total value of the property that is real or personal, constituting, or derived from, any proceeds traceable to the offenses charged in Count

2 of the Indictment, pursuant to 18 U.S.C. § 1589(a) for which defendant has been convicted.

2.    A money judgment of forfeiture is hereby entered against defendant and in favor of the government in the total amount of $129,668.00.

3.    Pursuant to Federal Rules of Criminal Procedure 32.2(b)(4)(A) and (B), this money judgment of forfeiture shall become final as to defendant at the time of defendant's sentencing in this case and shall be included in defendant's Judgment and Commitment Order.

4.    Pursuant to Federal Rule of Criminal Procedure 32.2(e), the government may, at any time, move to amend this money judgment of forfeiture to substitute property having a value not to exceed the balance due hereunder, in order to satisfy this money judgment of forfeiture in whole or in part.

5.    The Court shall retain jurisdiction for the purpose of enforcing this money judgment of forfeiture.

May 28, 2026
Dated

THE HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2